**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/9/2023

**MANZANO**

                **Plaintiff,**

-against-

**CREDIT CONTROL, LLC,**

                **Defendant.**

**23-cv-06013 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of Defendant's answer filed on November 6, 2023 in which the Defendant raises Plaintiff's purported "fail[ure] to state a claim upon which relief can be granted" as an affirmative defense to Plaintiff's complaint. ECF No. 9 at 3. If Defendant wishes to be granted leave to file a pre-Answer motion to dismiss, they are hereby **ORDERED** to submit a pre-motion conference letter stating their desire to do so in accordance with this Court's Rules of Individual Practice.

**SO ORDERED.**

Dated:    November 9, 2023
            New York, New York

*[signature: Andrew L. Carter]*

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**