USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/15/2024_____

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

---

**MANZANO,**

                                        **Plaintiff,**

                        **-against-**

**CREDIT CONTROL LLC,**

                                        **Defendant.**

---

**23-CV-06013**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will hold a telephonic conference on **April 16th, 2024 at 3:00 PM Eastern Time**.  The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:    April 15, 2024**
            **New York, New York**

            **ANDREW L. CARTER, JR.**
            **United States District Judge**