```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/17/2024
```

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

**MANZANO,**

                      **Plaintiff,**

       -against-

**CREDIT CONTROL LLC,**

                      **Defendant.**

**23-CV-06013**

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on April 16, 2024, the Court sets the following briefing schedule as to Defendant's motion to dismiss:

- **May 1, 2024:** Plaintiff to file an Opposition to the Defendant's motion to dismiss the Complaint not to take the form of an amended complaint.
- **May 8, 2024:** Defendant may file a Reply to the Opposition on or by this date if desired. The motion will be construed as fully briefed upon this date regardless of the Plaintiff's filing of an opposition.

The Court also grants Plaintiff retroactive leave to file an Amended Complaint as done at ECF No. 21.

**SO ORDERED.**

**Dated: April 17, 2024**
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**