USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/23/2024

UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANZANO,<br><br>       Plaintiff,<br><br>  -against-<br><br>CREDIT CONTROL LLC,<br><br>       Defendant. | 23-CV-06013<br><br>Order |

**ANDREW L. CARTER, JR., United States District Judge:**

  This Court having granted Plaintiff leave to amend the Complaint as well as an extension to the time to file an opposition to the motion to dismiss, Plaintiff has failed to make a timely amendment or opposition filing. *See* ECF No. 28. Defendant is hereby ORDERED to show cause as to why Plaintiff's motion ought not be deemed unopposed by filing a written response to this Order by **June 6, 2024**.

**SO ORDERED.**

Dated: May 23, 2024
     New York, New York

                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**